IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHELLY HARRINGTON,

    Petitioner,

v.                                               4:17cv122–WS/EMT

T.A. JONES, WARDEN,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 16) docketed October 25, 2017. The magistrate judge recommends that the petitioner's amended petition for writ of habeas corpus be denied. The petitioner has filed objections (doc. 17) to the report and recommendation.

Upon review of the record, including the government's response to petitioner's amended petition and petitioner's objections to the report and recommendation, the court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 16) is hereby

ADOPTED and incorporated by reference into this order.

    2. The petitioner's amended petition for writ of habeas corpus (doc. 3) is DENIED.

    3. The clerk shall enter judgment stating: "The petitioner's amended petition for writ of habeas corpus is DENIED."

    DONE AND ORDERED this   15th   day of   November  , 2017.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE5.